# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| URIAS DESIR, | |
|                     **Plaintiff,** | 1:07-cv-97 |
|   v. | |
| HOVENSA, LLC, | |
|                     **Defendant.** | |

**TO:**   Lee J. Rohn, Esq.
        Linda J. Blair, Esq.

### ORDER REGARDING PLAINTIFF'S MOTION TO COMPEL

THIS MATTER came before the Court upon Plaintiff's Motion to Compel Defendant to Supplement Its Responses to Discovery (Docket No. 55). Defendant filed an opposition to said motion, and Plaintiff filed a reply thereto. The parties met and conferred on May 7, 2010, and were unable to resolve their discovery disputes.

The Court has reviewed said filings and, upon due consideration thereof, makes the following findings and conclusions regarding the discovery at issue:

**Interrogatory No. 4:**     Defendant has responded adequately to this request. No further response is necessary.

**Interrogatory No. 10:**  Defendant has responded adequately to this request. No further response is necessary.

**Interrogatory No. 11**:  Defendant has responded adequately to this request. No further response is necessary.

**Interrogatory No. 13:**  Defendant shall supplement its response by providing a copy of the responses it provided to the Department of Labor as stated in the original response.

**Interrogatory No. 22:**  Defendant has responded adequately to this request. No further response is necessary.

**Demand No. 1:**  Defendant has responded adequately to this request. No further response is necessary.

**Demand No. 4:**  Defendant has responded adequately to this request. No further response is necessary.

**Demand No. 5:**  Defendant shall supplement its response by providing a copy of the responses it provided to the Department of Labor as stated in the original response.

**Demand No. 6:** Defendant shall supplement its response by producing a copy of any and all complaints, claims, and/or lawsuits from 2002 to the present for which black, West Indian employees accused HOVENSA of discrimination due to race, national origin, and/or color regarding proper pay rate and/or promotion.

**Demand No. 8**: Defendant shall supplement its response by providing a copy of the Complaint in *Joseph v. Hess Oil Virgin Islands Corp.*, District Court Case No. 1:00-cv-54.

**Demand No. 19:** Defendant has responded adequately to the demand. No further response is necessary.

Accordingly, it is now hereby **ORDERED**:

1. Plaintiff Urias Desir's Motion to Compel Defendant to Supplement Its Responses to Discovery (Docket No. 55) is **GRANTED IN PART AND DENIED IN PART**.

2.. Defendant shall supplement as directed hereinabove, specifically, Interrogatory No. 13 and Demand for Production Nos. 5, 6, and 8, within fourteen (14) days from the date of entry of this order.

ENTER:


Dated: September 17, 2010          /s/ George W. Cannon, Jr.
                                   GEORGE W. CANNON, JR.
                                   U.S. MAGISTRATE JUDGE